**Order entered April 24, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01235-CR
No. 05-13-01237-CR

**JOHN CLOUD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F93-61603-N and F93-60604-N**

## ORDER

Appellant's March 27, 2014 and April 1, 2014 motions for judicial notice are DENIED. Appellant is asking the Court to take judicial notice that we have denied certain of his prior motions for judicial notice. His requests are unnecessary because the Court is well aware of its prior rulings.

We DIRECT the Clerk to send a copy of this order, by first-class mail, to John Cloud, 14004826, Box 660334, Dallas, Texas 75266.

We also DIRECT the Clerk to send a copy of this order, by electronic transmission, to the Dallas County District Attorney's Office.

/s/     LANA MYERS
        JUSTICE